IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNADO K. TAYLOR**, | ) |
| | ) |
|     **Plaintiff**, | ) |
| | ) |
| vs. | )    Case No. 19-cv-01305-SMY |
| | ) |
| **KARIMI,** *Medical Director***,** | ) |
| **ANGELA COWELL,** *LCSW*, | ) |
| **JANE DOE,** *Nurse*, | ) |
| **LORI DAMMERMANN, and** | ) |
| **DIRECTOR OF CHESTER MENTAL** | ) |
| **HEALTH CENTER,** | ) |
| | ) |
|     **Defendants.** | ) |

# NOTICE AND ORDER

This case is before the Court for case management purposes. The Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A on December 16, 2019. (Doc. 12). Pursuant to the screening order, Defendants were sent requests for Waiver of Service of Summons (Docs. 13, 45). Waivers of Service were returned for Angela Cowell and Lori Dammermann and their responsive pleadings were due June 22, 2020. (Doc. 48). To date, these defendants have failed to move, answer, or otherwise plead in response to the Complaint.

On July 8, 2020, the Court ordered Cowell and Dammermann to show cause on or before July 22, 2020 why the Clerk of Court should not enter default against them pursuant to Federal Rule of Civil Procedure 55(a). (Doc. 49). Both defendants failed to respond to the order to show cause. Accordingly, the Court **ORDERS** as follows:

1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendants Cowell and Dammermann in accordance with Federal Rule of Civil Procedure 55(a).

2) Plaintiff is **ORDERED** to move for default judgment against Defendants Cowell and Dammermann within 14 days of the date of this Order in

accordance with Federal Rule of Civil Procedure 55(b).

3) If Plaintiff fails to move for default judgment as set forth in this Order, Defendants Cowell and Dammermann will be dismissed for Plaintiff's failure to prosecute his claim against them and/or failure to comply with an order of the Court.

4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and Defendants Cowell and Dammermann.

**IT IS SO ORDERED.**

**DATED:  August 10, 2020**

*s/ Staci M. Yandle*_____
**STACI M. YANDLE**
**United States District Judge**
