# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNADO K. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:19-cv-01305-SMY |
| ) | |
| DR. KARIMI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER TO PRODUCE RECORDS

This matter comes before the Court on Defendants' Motion for Court Order to Produce Records filed on November 5, 2020. (Doc. 99). Plaintiff is proceeding in this case on Eighth Amendment deliberate indifference claims and Defendants have raised the affirmative defense of failure to exhaust administrative remedies. An Amended HIPAA Qualified Protective Order was entered on September 28, 2020. (Doc. 86). Defendants assert that the Protective Order will not allow them to obtain records from the Illinois Department of Human Services that are relevant and material to their exhaustion affirmative defense and that a court order directing the Office of the Inspector General to produce the records is necessary.

For good cause shown, the Illinois Department of Human Services and Office of the Inspector General are directed to produce copies of all Investigative Reports regarding Plaintiff Kennado Taylor submitted between September 11, 2019 and November 27, 2019 to the Office of the Illinois Attorney General.

**IT IS SO ORDERED.**

**DATED:  December 1, 2020**         *s/ Staci M. Yandle*
                                       **STACI M. YANDLE**
                                       **United States District Judge**