IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNADO K. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-cv-01305-SMY |
| | ) |
| DR. FARID KARIMI, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

This matter comes before the Court for case management purposes. Plaintiff was advised that he is under a continuing obligation to keep the Clerk of Court informed of any change in his address and that failure to do so would result in dismissal of this case. (Doc. 12, p. 11). On October 14, 2020, the Court, having been advised that Plaintiff was released from Pontiac Correctional Center, ordered Plaintiff to provide the Clerk of Court his current address within 7 days. (Doc. 95). Plaintiff was warned that failure to comply with the Court's Order may result in dismissal of this case for want of prosecution. (*Id.*). Plaintiff failed to provide his current address as ordered and mail sent to him has been returned as undeliverable. (Docs. 98, 105, 106, 115).

Plaintiff has also failed to prosecute his case – he failed to appear for a telephonic motion hearing on October 14, 2020 (*see* Doc. 93) and according to a motion to dismiss filed by Defendants Cowell, Dammermann, and Nottmeier, he has failed to comply with the Initial Scheduling and Discovery Order (*see* Doc. 108).

Plaintiff is responsible for maintaining communication with the court concerning his suit and has not done so. *See Buchanan v. Weaver*, 657 F. App'x 588, 590 (7th Cir. 2016) (citing *see Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1441 (9th

Cir. 1988). Accordingly, this case is **DISMISSED** without prejudice for failure comply with a court order and for failure to prosecute. Fed. R. Civ. P. 41(b). Plaintiff is **ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

    The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

    **IT IS SO ORDERED.**

    **DATED: January 27, 2021**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**